**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc E. Hirschfield
Robertson D. Beckerlegge
Essence Liburd
Christopher B. Gallagher

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                Plaintiff,<br><br>            v.<br><br>DEFENDANTS LISTED ON EXHIBIT A ATTACHED HERETO,<br><br>                Defendants. | Adv. Pro. No. LISTED ON EXHIBIT A ATTACHED HERETO |

## STIPULATION EXTENDING TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which defendants identified in Exhibit A ("Defendants") may move, answer, or otherwise respond to the Complaint filed in the above-captioned adversary proceeding is extended up to and including March 22, 2013.

The purpose of this stipulated extension is to provide additional time for Defendants to answer, move against, or otherwise respond to the Complaint.  Nothing in this Stipulation is a waiver of the Defendants' right to request from this Court a further extension of time to answer, move, or otherwise respond and/or the Trustee's right to object to any such request.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

Undersigned counsel for the Defendants: (i) expressly represents that, in accordance with Rule 25(a) of the Federal Rules of Civil Procedure, a statement noting the death of any and all Defendants known by counsel to be deceased has been served upon the Trustee, and (ii) expressly agrees to notify the Trustee of the death of any Defendant(s) within five business days of the date upon which counsel first learns of the passing of such Defendant(s).

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.  This Stipulation is entered into pursuant to the Order Granting Supplemental Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences (ECF No. 5158) in the above captioned (No. 10-04470, 10-04472, 10-05372 (BRL)).

Dated: January 17, 2013

| BAKER & HOSTETLER LLP | WACHTEL, MASYR & MISSRY, LLP |
|---|---|
| By: */s/ Marc E. Hirschfield* | By: */s/ Howard Kleinhendler* |
| 45 Rockefeller Plaza | 1 Dag Hammarskjold Plaza |
| New York, New York 10111 | 885 Second Avenue |
| Telephone: 212.589.4200 | New York, New York 10017 |
| Facsimile: 212.589.4201 | Telephone: 212.909.9522 |
| David J. Sheehan | Facsimile: 212.909.9417 |
| Email: dsheehan@bakerlaw.com | Howard Kleinhendler |
| Marc E. Hirschfield | Email: hkleinhendler@wmllp.com |
| Email: mhirschfield@bakerlaw.com | |
| Robertson D. Beckerlegge | *Attorneys for Defendants Identified in* |
| Email: rbeckerlegge@bakerlaw.com | *Exhibit A Attached Hereto* |
| Essence Liburd | |
| Email: eliburd@bakerlaw.com | |
| Christopher B. Gallagher | |
| Email: cgallagher@bakerlaw.com | |

*Attorneys for Plaintiff Irving H. Picard,*
*Trustee for the Liquidation of Bernard L.*
*Madoff Investment Securities LLC*

# **EXHIBIT A**

| **Adversary Proceeding Number** | **Named Defendants** |
|---|---|
| 10-04470 | The Silna Family Intervivos Trust, Ozzie Silna, in his individual capacity and as trustee for the Silna Family Intervivos Trust, Spencer A. Silna, Samantha R. Silna, and Sophie H. Silna. |
| 10-04472 | White Lake Associates, Daniel Silna, Joan Silna, Amy Silna Shafron Trust, Noah Shafron, Ezra Shafron Trust, Tracy Silna Zur, Coby Zur Trust, Kayla Zur Trust, Logan Zur Trust, Guy Colaneri, and Carol Colaneri. |
| 10-05372 | O.D.D. Investment, L.P., D.D.O., Inc., Daniel N. Silna, Ozzie Silan, Domals Schupak, The Robin Silna 1997 Trust, Robin Silna, The Jeffreyh Silna 1997 Trust, Jeffreyh Silna, The Silna Family Inter Vivos Trust, Spencer Silna, Samantha Silna, and Sophie Silna.' |